STATE OF NEW JERSEY v. THOMAS MAHER.

February 27, 1973. Petition for certification denied.

CARMELLA TIERNEY v. GARY A. ROBERTS, an infant by his g/a/l

March 5, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. FRANK DELLI SANTI.

March 5, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. KARL TILLMAN.

March 5, 1973. Petition for certification denied. (122 *N. J. Super.* 137)

STATE OF NEW JERSEY v. PETER KLINE.

March 5, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. JAMES FIGONE, JR.

March 5, 1973. Petition for certification denied.